UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARLENE VOSE-DOUGLAS,<br>Plaintiff | : | Civil Action No. |
| v. | : | |
| OPTUM CARE, INC. d/b/a<br>PROHEALTH PHYSICIANS<br>Defendant | : | OCTOBER 28, 2026 |

**PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Optum Care, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice of the removal of this action pending in the Superior Court Judicial District of Hartford, Connecticut, to the United States District Court for the District of Connecticut. In support of removal, Defendant states as follows:

**The State Court Action**

1. On or about September 28, 2026, an action was commenced against Optum Care, Inc. in the Superior Court Judicial District of Hartford, in the State of Connecticut, captioned Marlene Vose-Douglas v. Optum Care, Inc, d/b/a Prohealth Physicians, HHD-CV26-6232764-S ("State Action"), by service of process on Defendant's agent for service in Connecticut.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant in the State Action is attached hereto as **Exhibit A.**

**Grounds for Removal: Federal Question Jurisdiction**

3. This case is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that the federal district courts shall have original jurisdiction over actions arising under federal law, because Plaintiff's Complaint asserts claims under the Family Medical Leave Act 29 U.S.C. § 2612 et seq., which arise under the laws of the United States.

5. This Court further has supplemental jurisdiction over the claims asserted by Plaintiff under Connecticut state law pursuant to 28 U.S.C. § 1367 because such claims share a common nucleus of operative fact with the claims made under the Family Medical Leave Act, 29 U.S.C. § 2612 et seq.

6. Therefore, this Court has jurisdiction over the claims made by Plaintiff, and removal is appropriate.

7. This Court further has supplemental jurisdiction over the claims asserted by Plaintiff under Connecticut state law pursuant to 28 U.S.C. § 1367 because such claims share a common nucleus of operative fact.

8. The service of process on Defendant's agent taking place on September 28, 2026, was Defendant's first receipt of the process in the State Action. This date is the earliest possible date that Defendant could have received process in the State Action. Thus, the Notice of

Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of the initial pleading in the State Action.

**Compliance with Procedural Requirements**

9. Defendant is the only defendant that has been served in this matter. Thus, no other defendants must join in or consent to the removal of this matter. See 28 U.S.C. § 1446(b)(2)(A).

10. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

11. Defendant submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief can be granted.

12. Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

**Conclusion**

Having fulfilled all statutory requirements, Defendant Optum Care, Inc. removes this action to this Court from the Superior Court Judicial District of Hartford, Connecticut, and requests that this Court assume jurisdiction over this matter as provided by law.

**DEFENDANT,**
**OPTUM CARE, INC.**

By: *\/s/ Sarah R. Skubas*

Sarah R. Skubas (ct28327)
Sarah.Skubas@jacksonlewis.com
Mallory Stone (ct31596)

Mallory.Stone@jacksonlewis.com
JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
Juris No. 409670
Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on October 28, 2026, a copy of foregoing was served by electronic mail on the following counsel of record:

Matthew Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
mparadisi@cicchielloesq.com

*/s/ Mallory Stone*
Mallory Stone